

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00034-CR

**ALLEN LATOI STORY,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2011-2499-C1**

## SECOND ABATEMENT ORDER

On February 26, 2020, this Court issued an abatement order, abating this cause to the trial court for the parties to create a record that is capable of being reviewed. The trial court was ordered to hold a hearing to receive certain evidence within 35 days of the date of the abatement order. The trial court clerk was ordered to include in the clerk's record, due May 5, 2020, any additional documents designated by the parties for the appellate

record and any additional orders or findings of the trial court. The court reporter was ordered to file a reporter's record of the hearing with the additional evidence, if any, by May 5, 2020.

The trial court requests an extension of the deadlines in the February 26, 2020 abatement order until 30 days after the expiration of Governor Greg Abbott's recent emergency declaration. We reinstate this appeal to rule on the trial court's request. We grant the request.

Accordingly, we again abate this cause to the trial court for the parties to create a record that is capable of being reviewed, pursuant to this Court's February 26, 2020 abatement order. However, the deadlines in the February 26, 2020 abatement order are extended as follows.

The trial court is ORDERED to hold the hearing by June 15, 2020. The trial court clerk is ORDERED to file a supplemental clerk's record containing any additional documents designated by the parties for the appellate record and any additional orders or findings of the trial court by July 15, 2020. The court reporter is ORDERED to file a reporter's record of the hearing with the additional evidence, if any, by July 15, 2020.

The appellant's brief will then be due 30 days after this Court has received both the clerk's record and reporter's record and has reinstated this appeal.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal abated
Order issued and filed April 17, 2020
RWR

